# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 26, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

141561

SAVEWAY FOOD CENTER, INC. and KAJY
PROPERTY ENTERPRISE, L.L.C.,
      Plaintiffs-Appellants,

v

                                        SC: 141561
                                        COA: 290614
                                        Macomb CC: 2008-003413-CK

McNICHOLS REAL ESTATE, L.L.C., and
JERRY PATTAH,
         Defendants-Appellees.

_____/

      On order of the Court, the application for leave to appeal the June 29, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 26, 2010                                        Clerk